No. 1365. PINE *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. *William H. Tinney* for petitioner. *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.

No. 1367. BLACKWELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1309. GUIDO *v.* CITY OF SCHENECTADY ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Melvin L. Wulf, Eleanor Holmes Norton,* and *Joseph Harris* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent Reynolds.

No. 1329. NEW HAMPSHIRE *v.* ATOMIC ENERGY COMMISSION ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *R. Peter Shapiro* for petitioner. *Solicitor General Griswold* and *Joseph F. Hennessey* for respondents Atomic Energy Commission et al. *James M. Jeffords, pro se,* and *Edwin H. Amidon, Jr.,* Assistant Attorney General, for the Attorney General of Vermont as *amicus curiae,* in opposition.

No. 1342. LEO *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Patrick M. Wall* for petitioner.